**Exhibit A to the Complaint**

**Location:** Oakland, CA  
**Total Works Infringed:** 75

**IP Address:** 108.91.25.114  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9C9F44844A1CB3F0E182E4BD94DDEFADD3BFC7DE | Vixen | 09/05/2018 03:14:19 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 2 | 041467C4974BAA7E587B0367EC12EC6D933A7317 | Tushy | 11/30/2017 21:12:45 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 3 | 0437257AAD91BE7EE769B580E3A7EFCA2FBA6CC5 | Blacked | 06/23/2017 03:28:12 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 4 | 0637A242719521BC494DD4A2157AC71D01221158 | Blacked | 10/09/2017 08:15:56 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 5 | 06EB4739FADBC50F0D85D6813157B7CE9FF7C3D5 | Vixen | 09/02/2017 08:50:04 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 6 | 085EEC5B39176F457AEAF7F903E163625A4B989A | Vixen | 11/24/2017 06:55:58 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 7 | 096B55A0469BC5D4FA324DFB3FEAED2023DEF31E | Tushy | 09/25/2017 18:47:39 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 8 | 0DE04D27B95AA44302A2D765D13F2044B7CE070B | Vixen | 08/19/2017 02:15:50 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 9 | 1191E5317836736AEFC997F953E5BBCC1986ADB2 | Blacked | 09/13/2018 18:18:04 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 10 | 13ED57A8579EDC673B6107A1CB8E433CA63A32CD | Tushy | 07/18/2018 18:31:03 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 11 | 19EDB23D18C01344121726AC1819809FB6AFCA85 | Blacked Raw | 02/28/2018 06:03:14 | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 12 | 1AEF9CF697FFABCFA90CE216C4BD5250E2E98023 | Blacked Raw | 04/10/2018 08:15:46 | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 13 | 27AC87C2A733A288C9ABED6CB7152CEC9A04C57D | Vixen | 03/06/2018 07:17:38 | 03/05/2018 | 04/17/2018 | PA0002116085 |
| 14 | 28DDEEBCB05BC70467514EC03016EF25B11B4301 | Tushy | 10/16/2017 11:33:39 | 10/13/2017 | 10/19/2017 | PA0002058299 |
| 15 | 2B4BBFA07BAFE8F50C4D8D94343FFA603A2A0631 | Blacked Raw | 09/07/2018 04:01:56 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 16 | 2D3A22854BF4656472BF05A2F2CF1D2072D6C026 | Blacked | 05/16/2018 12:08:32 | 05/15/2018 | 06/19/2018 | PA0002126654 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | 32ECAB84C155C6C2C634E9433541FC1ACBFC4A58 | Blacked | 08/19/2017 12:47:39 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 18 | 3692E64B8664C3D3531A2F31543FC7C24EEDC535 | Blacked Raw | 09/07/2018 19:15:05 | 08/20/2018 | 09/01/2018 | 16920689540 |
| 19 | 381EFE870451932766FF793FB739DAB862234CCD | Blacked | 10/06/2017 23:27:05 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 20 | 397E360DE90E425EEEB8332BC462884F537340A1 | Blacked | 07/18/2018 18:24:51 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 21 | 3B39BBAD1B2830B5ED75D8C453B42F613D466F86 | Blacked | 03/19/2018 05:49:29 | 03/16/2018 | 04/12/2018 | PA0002091582 |
| 22 | 3E59C589EBFD89FAF6556CB0DEC04D16A4A3B6E4 | Tushy | 10/17/2018 15:51:28 | 10/13/2018 | 11/01/2018 | 17094105231 |
| 23 | 3F1C2EC0604509E29EE888AE1376E2745E930AC0 | Blacked | 10/17/2018 07:36:37 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 24 | 3FB60EDA67331F6105F2DF4966A119D6DDA21078 | Blacked Raw | 04/03/2018 11:17:12 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 25 | 45BF7EB23F27DC9DC92485938205B885CD270A56 | Vixen | 07/26/2017 08:13:38 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 26 | 4C6DBEB8A93EEE59696F57A4C3B03E38B732E8FC | Blacked | 03/29/2018 00:31:56 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 27 | 4FFB31D4E624E3E87ABAACE77FF3E6AB26C24A4A | Blacked | 02/16/2018 19:12:40 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 28 | 50082B3AD9257C7385EE1F6B6099D474C2D4F8F4 | Blacked | 01/31/2018 08:38:56 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 29 | 5102DBC38DC13A3B28389C3E37819BAD5668A0EF | Vixen | 09/30/2017 23:32:35 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 30 | 52CE09FBD531A22F3B6F5CF47706591103339F01 | Blacked | 11/25/2017 22:41:56 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 31 | 56C15F7E0F321BFCBC35D6E471EA5B4A35162ED3 | Tushy | 04/17/2018 04:46:43 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 32 | 58D93E90079F381C5144DD911077C86362DD3190 | Tushy | 07/08/2017 16:00:20 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 33 | 5955C785662CE4EC3BC025F530BA0552003C19A3 | Tushy | 10/05/2017 23:27:18 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 34 | 5AD56FBE00D0C03A6391986A816FC28EA5205D5C | Vixen | 02/28/2018 07:33:08 | 02/23/2018 | 03/01/2018 | PA0002079181 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 654895E27ADBD32829747C3868F095EBAF65385B | Blacked Raw | 10/08/2018 04:41:14 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 36 | 65697C1CDA8F11358983A3407CE6C586250EB439 | Blacked | 02/06/2018 21:23:41 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 37 | 6BE7ED2BC39561B6A37FE9B498958CBEB3ED71E7 | Vixen | 06/19/2018 12:26:49 | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 38 | 7186B894DFED282141789D052E4DDCD09764FAA3 | Tushy | 07/16/2017 00:07:59 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 39 | 74718A5DE43AEE79CBEF0F7E8C6F6A97BEC92D5D | Tushy | 11/06/2017 12:15:58 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 40 | 74731C3B2A168ED1A22568EA5AEECFCEB159067B | Blacked | 07/02/2018 23:52:03 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 41 | 806009B9959932F8E591E62CD29CEDBB4A6097D8 | Tushy | 08/11/2017 10:07:40 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 42 | 866FCD0797778CDD0737059F521EC7F14934D557 | Vixen | 09/05/2018 03:05:26 | 08/22/2018 | 09/01/2018 | 16920689331 |
| 43 | 8BCD2E3D6F4B551214DE6CCAA2DA5D7C52D6C828 | Vixen | 06/19/2017 07:08:55 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 44 | 8C8D488DB74C2BC102D415FC0AFF487B7A63384B | Blacked | 07/05/2017 08:46:23 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 45 | 97B8371EF68F8F60F3CE1734BE76D9E33B94F10A | Vixen | 10/29/2017 03:40:32 | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 46 | 99E4A26B4DC0A2D18F336CEA83967C812746D773 | Vixen | 05/21/2018 12:51:02 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 47 | 9B3AF75B07B2C79E954E905B1194C9D212B8FCFA | Vixen | 07/01/2017 00:09:01 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 48 | 9E90DB2F0DBD3782384E699D0D71449A11642201 | Blacked | 10/01/2017 03:02:54 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 49 | 9FAFD4ADD0290537F60635F7E69AC9B08583F958 | Blacked Raw | 01/04/2018 03:06:29 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 50 | A23A2BD5D8FF901211FD55A7A76359F75270AD5C | Vixen | 11/30/2017 08:55:42 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 51 | A4A0EA2847B552F826C136AD23C634A6A29D5CC8 | Vixen | 10/05/2017 23:14:05 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 52 | A8C5CB7A67D6BB8F77B7517514D9F593F82273B4 | Vixen | 07/07/2018 01:02:28 | 07/03/2018 | 07/26/2018 | PA0002112153 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | AB738B8648E72A96999AF0B6211F05FE1993AFEF | Vixen | 10/09/2017 08:14:21 | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 54 | B3EDAE07D111508ACF6784AD39D692CEF8F0A7EF | Vixen | 07/05/2017 04:30:43 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 55 | BBE49EC16CF6BDE8ADEC1D2F3DEDC22580858E36 | Blacked | 02/12/2018 21:15:20 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 56 | C072C80FB772C89D790AB0458A280B6A8A58B06E | Tushy | 04/09/2018 12:18:59 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 57 | C1C75A897D9BBA897EB99F6770240AF1FAE5D8DD | Tushy | 07/11/2017 07:10:18 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 58 | C22A549EAB38D96841B7AC1B1F530707060A09C0 | Blacked | 08/14/2018 06:41:36 | 08/13/2018 | 09/01/2018 | 16920689422 |
| 59 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 06/08/2017 20:21:39 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 60 | CB9DB25B33796B424E53AF0F91AA211371211092 | Blacked Raw | 08/16/2018 02:47:22 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 61 | CEAE9B2216F023B0CD18E139290822AEEB2CEE87 | Tushy | 05/03/2018 20:43:51 | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 62 | D0C5516A748D70E3E7ABB227182551734BE92825 | Tushy | 06/05/2018 10:47:09 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 63 | D335DDB57FFB5F0B60788C8C523369E69C7E2209 | Vixen | 07/26/2017 13:45:30 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 64 | DC4D23D94F52371B7E9EE83D4D5A93F4CE03FEE5 | Vixen | 11/06/2017 20:37:30 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 65 | DCBAD65EF316AD67CDA5C873B75B5632C558776D | Tushy | 11/21/2017 09:27:07 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 66 | E3CA43BE6F46C9285E436AC7BE7F87F3399CFDBC | Tushy | 01/04/2018 03:09:31 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 67 | E3EC34ABC8E1E6262D7794CC67428CF4A43FE6CB | Tushy | 06/16/2017 22:51:12 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 68 | E4CBECF0DF314BD2A99288B34869C319C3C64F29 | Vixen | 08/04/2017 18:23:58 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 69 | E54B0D59784721EDF198E82CF0E26D0B880572D9 | Tushy | 09/17/2017 00:38:56 | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 70 | E7D52A21BED34D8D1AC1AA363855B5E8707240A7 | Blacked Raw | 07/17/2018 08:28:22 | 07/11/2018 | 08/07/2018 | PA0002131894 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | EC275AF32EC96DC7F22EDCCC2F62D26CB34004A1 | Vixen | 10/19/2017 12:40:14 | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 72 | EC9D1F03B28F90EA62FDD26F1A62759476990B63 | Blacked | 09/07/2018 18:48:42 | 08/23/2018 | 11/01/2018 | 17093718181 |
| 73 | F1EBEA4230A7E1C5BB3DB09FF90D20C412E0F0A7 | Blacked | 02/28/2018 03:29:45 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 74 | F24F56A8775782D8E5B35F0BCF4BF3F973F40261 | Blacked Raw | 09/25/2018 04:35:10 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 75 | F68B489D7040C81C847F8C4ADB97413BF7E2A2BD | Blacked | 08/01/2018 04:07:57 | 07/24/2018 | 09/01/2018 | PA0002119589 |