1  Lincoln D. Bandlow, Esq. (CA #170449)
   Fox Rothschild LLP
2  Constellation Place
   10250 Constellation Blvd., Suite 900
3  Los Angeles, CA 90067
   Tel.: (310) 598-4150
4  Fax: (310) 556-9828
   lbandlow@foxrothschild.com
5
   *Attorneys for Plaintiff*
6  *Strike 3 Holdings, LLC*

7

8              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
9                **SAN FRANCISCO DIVISION**

10

11 | STRIKE 3 HOLDINGS, LLC, | Case Number: 3:18-cv-06937-JCS |
12 | Plaintiff, | Magistrate Judge Joseph C. Spero |
13 | vs. | **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.91.25.114** |
14 | JOHN DOE subscriber assigned IP address 108.91.25.114, | |
15 | | |
16 | Defendant. | |

17

18      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings,

19 LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber

20 assigned IP address 108.91.25.114, are voluntarily dismissed with prejudice.

21 Dated:  April 12, 2019                            Respectfully submitted,

22

23                                                  By: /s/ *Lincoln D. Bandlow*
                                                    Lincoln D. Bandlow, Esq.
24                                                  FOX ROTHSCHILD LLP
                                                    *Attorney for Plaintiff*
25

26

27

28
                                       1